## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JOHN BEAUREGARD,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **V.** | ) | **Civil Action No.  4:10-CV-40143** |
| | ) | |
| **SHERIFF'S OFFICE** | ) | |
| **OF WORCESTER COUNTY,** | ) | |
| **Defendant** | ) | |

### STIPULATION OF DISMISSAL

The Parties to the above-entitled action, pursuant to the provisions of Fed.

R.Civ.P. 41(a)(ii), hereby stipulate that said action be dismissed with prejudice and

without costs.

Respectfully Submitted,

| | |
|---|---|
| John Beauregard, | Sheriff's Office of Worcester County, |
| Plaintiff, | Defendant, |
| By his Attorney, | By its Attorneys, |
| | |
| _/s/ Karen L. Stern_ | _/s/ Andrew J. Abdella_ |
| Karen L. Stern, Esquire | Andrew J. Abdella, Esq. |
| BBO#: 550391 | BBO# 665663 |
| Bernstein & Stern, LLC | Worcester County Sheriff's Office |
| 10 Mechanic Street, Suite 150 | 5 Paul X. Tivnan Drive |
| Worcester, MA 01608 | West Boylston, MA 01583 |
| Tel.: (508) 755-5555 | Tel.:  (508) 854-1818 |
| Fax: (508) 421-6966 | Fax:  (508) 799-1163 |
| kls@bbtattys.com | aabdella@sdw.state.ma.us |

Dated:  May 19, 2011

## CERTIFICATE OF SERVICE

I, Karen L. Stern, certify that on this day, I served a copy of the foregoing **STIPULATION OF DISMISSAL** on all counsel of record by mailing a copy of same via E-Mail transmission, to:

Andrew J. Abdella, Esq.
Worcester County Sheriff's Office
5 Paul X. Tivnan Drive
West Boylston, MA 01583

Kim Rozak, Esquire
MIRICK, O'CONNELL, DeMALLIE & LOUGEE
100 Front Street
Worcester, MA  01608

_/s/ Karen L. Stern_
Karen L. Stern, Esquire
BBO# 550391
BERNSTEIN & STERN LLC
10 Mechanic Street
Worcester, MA 01608
(508) 755-5555

Dated:   May 19, 2011